IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| SUSAN NORRIS, Personal Representative of the Estate of William James Owens, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 04-578-KI |
| vs. | ) ) | ORDER |
| ROBERT LAMPERT, JEFFREY JONES, MICHAEL PAYNE, ROBERT JONES, D. DELVALLE, JAMES HOLLOPETER, R. HEINZELMAN, | ) ) ) ) ) | |
| Defendants. | ) | |

    Mark Radar
    Radar, Stoddard & Perez P. C.
    381 W. Idaho Avenue
    Ontario, Oregon  97914

    John B. Lamborn
    Mallon & Lamborn P. C.
    90 W. Washington
    Burns, Oregon  97720

        Attorneys for Plaintiff

Hardy Myers
Attorney General
David L. Kramer
Assistant Attorney General
Department of Justice
1162 Court Street N. E.
Salem, Oregon  97301-4096

    Attorneys for Defendants

KING, Judge:

Defendants' Motion for Summary Judgment (#25) is granted.  The case is dismissed with prejudice.

IT IS SO ORDERED.

Dated this  7th  day of July, 2005.

          /s/ Garr M. King
         Garr M. King
         United States District Judge